UNSEALED 12/4/07



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-121 UNK |
| | ) | |
| DOUGLAS RUNK, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION AND ORDER TO SEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Lesley Wolf, Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case be sealed until further motion of the parties.

COLM F. CONNOLLY
United States Attorney

By: _____
Lesley E. Wolf
Assistant United States Attorney

Dated: September 4, 2007

AND NOW, to wit, this 4th day of September, 2007, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Indictment and File in the above-captioned case be sealed until further motion of the parties.

FILED
SEP - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
Honorable Leonard P. Stark
United States Magistrate Judge