③

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07- 121 UNA |
| | ) | |
| DOUGLAS RUNK, | ) | REDACTED |
| | ) | |
| Defendant. | ) | |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about August 3, 2007, in the State and District of Delaware, DOUGLAS RUNK,

defendant herein, did knowingly manufacture one hundred (100) or more marijuana plants, in

violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

### COUNT TWO

On or about August 3, 2007, in the State and District of Delaware, DOUGLAS RUNK,

defendant herein, did knowingly possess with the intent to distribute one hundred (100) or more

marijuana plants in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

### NOTICE OF FORFEITURE

Upon conviction of the controlled substance offense alleged in Count I or Count II of this

Indictment, defendant DOUGLAS RUNK, shall forfeit to the United States pursuant to 21 U.S.C.

§ 853, any property used, or intended to be used, in any manner or part, to commit, or to facilitate

the commission of the said violation[s], including but not limited to the following:

A.     Real Property: All that lot or parcel of land, together with its buildings,
       appurtenances improvements, fixtures, attachments, and easements, located at
       27019 Kaye Road, Laurel, Delaware 19956.

F I L E D

SEP - 4 2007

U.S. DISTRICT COURT

If the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.


A TRUE BILL:


Foreperson


COLM F. CONNOLLY,
United States Attorney

BY: _____
Lesley Frieder Wolf
Assistant United States Attorney


Dated:  September 4, 2007