UNSEALED 12/4/07 (4)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07- 121 UNM |
| | ) | |
| DOUGLAS RUNK | ) | |

## MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, DOUGLAS RUNK as a result of the Indictment returned against him on September 4, 2007.

COLM F. CONNOLLY
United States Attorney

By: _____
Lesley F. Wolf
Assistant United States Attorney

Dated: September 4, 2007

AND NOW, this __4th__ day of __September__, 2007, upon the foregoing Motion, **IT IS ORDERED** that a warrant issue for the arrest and apprehension of Douglas Runk.

_____
Honorable Leonard P. Stark
United States Magistrate Judge

FILED
SEP - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE