AO 442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

**Douglas Runk**

**WARRANT FOR ARREST**

CASE NUMBER: 07- 121 UNA

To: The United States Marshal
and any Authorized United States Officer

```
FILED
OCT - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

**YOU ARE HEREBY COMMANDED** to arrest **Douglas Runk** when and as stated in the Indictment and bring said Defendant to the nearest magistrate to answer a(n)

_X_ Indictment __ Information __ Complaint __ Order of court __ Violation Notice __ Probation Violation Petition

charging the Defendant with (brief description of offense):

Manufacture of 100 or more marijuana plants; Possession with intent to distribute 100 or more marijuana plants.

in violation of Title __18__ United States Code, Section (s) __841(a)(1) and (b)(1)(B)__ .

| | |
|---|---|
| **Honorable Leonard P. Stark** | United States Magistrate Judge |
| Name of Issuing Officer | **District of Delaware** |
| | Title of Issuing Officer |
| [signature] | **September 4, 2007,** Wilmington, DE |
| Signature of Issuing Officer | Date and Location |

**Bail fixed at $** _____    by _____

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED 10/3/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 10/2/07 | TFO John Tyndall | [signature] |

AO 442 (Rev. 12/85) Warrant for Arrest