OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170



October 5, 2007



UNITED STATES OF AMERICA

    v.                        CR 07-121

DOUGLAS LEE RUNK

I hereby acknowledge receipt of the following document, in accordance with the Court's Order dated October 3, 2007 (copy attached):

    United States Passport issued to: Douglas Lee Runk

    Issuance date: October 11, 2001

    Expiration date: October 10, 2011

```
FILED
OCT - 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

October 5, 2007                              Donna M. Seringen
**DATE**                                         **DEPUTY CLERK**