UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,    )
                             )
         Plaintiff,          )
                             )
                             )  CASE NO. CR 07-121-JJF
     vs.                     )
                             )
**DOUGLAS RUNK**             )
                             )
         Defendant.          )

## O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on **OCTOBER 18, 2007** requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until _November 27, 2007_. The time between the date of this order and _November 27, 2007_ shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney