IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.                      ) | Cr.A. No. 07-121-JJF |
| ) | |
| DOUGLAS L. RUNK,        ) | **SEALED** |
| )  | |
| Defendant.         ) | |

MOTION TO SUPPRESS EVIDENCE

COMES NOW the defendant, above, by and through counsel, Joe Hurley, who moves to suppress evidence in this case, and in support of such application represents:

1. The defendant contests his initial seizure in challenging whether or not there was reasonable suspicion to seize him. On August 3, 2007, the defendant was operating his motor vehicle in what he contends was a lawful fashion when another vehicle, in an adjoining lane, suddenly moved over into the path of the defendant. The defendant applied his brakes to avoid impact. At that time, the defendant observed that a Delmar municipality police car had activated emergency lights. That car had been dispatched by drug agents with instructions to observe the defendant in the hope that he violated a motor vehicle law which would, in turn, justify his seizure. Upon information and belief, the Delmar policeman will say that he stopped the defendant because the defendant was following another vehicle too closely and that the defendant's vehicle had crossed over a line

demarcating lanes of travel. The defendant will indicate any action he took was in response to emergency conditions created by a third vehicle.

WHEREFORE, the defendant moves to suppress all evidence that was developed as fruit of the poisonous tree of his unlawful seizure.

                                                                                 /s/ Joe Hurley  
                                                                                 Joe Hurley  
                                                                                 1215 King Street  
                                                                                 Wilmington, DE 19801

Dated: November 27, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Cr.A. No. 07-121-JJF |
| | ) | |
| DOUGLAS L. RUNK, | ) | |
| | ) | |
| Defendant. | ) | |

<u>O R D E R</u>

The defendant's Motion to Suppress Evidence having been heard and considered,

ORDERED this _____ day of _____, 2007, A.D., that the defendant's Motion is granted.

_____
J.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Cr.A. No. 07-121-JJF |
| | ) | |
| DOUGLAS L. RUNK, | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE OF
MOTION TO SUPPRESS EVIDENCE AND ORDER

I hereby certify that two copies of foregoing Motion to Suppress Evidence and Order were hand delivered to the following person on November 28, 2007:

    Lesley Wolf, Esquire
    U.S. Attorney's Office
    Suite 700
    1007 Orange Street
    Wilmington, DE 19801

                                                                _____
                                                                Joe Hurley
                                                                1215 King Street
                                                                Wilmington, DE 19801

Dated: November 27, 2007