IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-121-JJF |
| DOUGLAS RUNK, | : |
| Defendant. | : |

## MOTION AND ORDER TO UNSEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Lesley Wolf, Assistant United States Attorney for the District of Delaware, moves that the Indictment and file in this case be unsealed. On September 4, 2007, defendant was indicted by the Grand Jury for the District of Delaware and a warrant was issued for his arrest. At that time, the Court granted the Government's Motion to Seal the Indictment and File until further motion of the parties. There is no longer need for the matter to remain under seal. Defendant, through his counsel, does not object to the unsealing of the matter. Accordingly, the Government respectfully moves that the Indictment and file be unsealed in the interests of justice.

COLM F. CONNOLLY
United States Attorney

By: _____

Lesley F. Wolf
Assistant United States Attorney

Dated: November 29, 2007

AND NOW, this ____ day of __December__, 2007, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Indictment and File in the above-captioned case be unsealed.

_____
Honorable Joseph J. Farnan, Jr.
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DOUGLAS RUNK,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)   Criminal Action No. 07-121-JJF<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, hereby certify that on the 29th day of November 2007, a copy of the foregoing Motion to Unseal was sent via U.S. mail to counsel of record as follows:

        Joseph A. Hurley, Esq.
        1215 King Street
        Wilmington, DE 19801

        _____
        Lesley F. Wolf
        Assistant United States Attorney