IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,       :
                                :
       Plaintiff,               :   **SEALED**
                                :
  v.                            :   Criminal Action No. 07-121 JJF
                                :
DOUGLAS RUNK,                   :
                                :
       Defendants.              :

### O R D E R

WHEREAS, Defendant has filed a Motion to Suppress Evidence (D.I. 10);

NOW THEREFORE, IT IS HEREBY ORDERED that an Evidentiary Hearing will be held on **January 11, 2008 at 2:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

December 11, 2007
    DATE

UNITED STATES DISTRICT JUDGE



FILED
DEC 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE