# JOE HURLEY
ATTORNEY AT LAW
1215 KING STREET
WILMINGTON, DELAWARE 19801

(302) 658-8980
MEMBER DEL. AND FLA. BARS



January 3, 2008

The Honorable Joseph J. Farnan, Jr.
U. S. District Court
844 King Street
Wilmington, DE 19801

    Re:  U.S. v. Runk
         Cr.A. No. 07-121-JJF

Dear Judge Farnan:

    Please accept this as "official" notification that the defendant withdraws the Motion to Suppress Evidence with prejudice to renew.

                                         Respectfully,

                                         Joe Hurley

JAH:jr
Pc: Lesley Wolf, Esquire