IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : : : | |
| v. | : : | Criminal Action No. 07 –121-JJF |
| DOUGLAS RUNK | : : | |
| Defendant. | : | |

## MOTION FOR A SCHEDULING CONFERENCE

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, hereby moves the Court to set a scheduling conference in the above-captioned case for the reasons set forth below.

1.  The Grand Jury returned an Indictment against the defendant on September 4, 2007.

2.  On November 27, 2007, defendant filed a pre-trial motion to suppress evidence. By letter to the Court dated January 3, 2008, defendant withdrew that motion. Therefore there are no motions currently pending before the Court.

WHEREFORE, the United States respectfully asks the Court to set a date for a scheduling conference in order to address the scheduling of trial in this matter. A proposed form of order is attached for the Court's convenience.

        Respectfully submitted,

        COLM F. CONNOLLY
        United States Attorney


By: /s/Lesley F. Wolf
    Lesley F. Wolf
    Assistant United States Attorney
    1007 Orange Street, Suite 700
    P.O. Box 2046
    Wilmington, Delaware 19899-2046


DATED:     January 14, 2008

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07 –121-JJF |
| | : | |
| DOUGLAS RUNK, | : | |
| | : | |
| Defendant. | : | |

## ORDER

IT IS HEREBY ORDERED this ___ day of _____, 2007, that

1. A scheduling conference in this matter will be held on the _____ day of _____ at _____.m. in Courtroom 4B, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware;

2. Because the Court finds that a brief continuance in this matter to permit the Court and the parties to meet and confer on the further scheduling of this case outweighs the interest of the defendant and the public in a speedy trial, IT IS FURTHER ORDERED that the time between the date of this Order and the date of the scheduling conference are excluded from computation of the Speedy Trial Act in the interests of justice, 18 U.S.C. § 3161(h)(8)(A).

_____
HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-121-JJF |
| ) | |
| DOUGLAS RUNK, ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

I, Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, hereby certify that on the 14th day of January 2008, a copy of the foregoing Motion for a Scheduling Conference was sent via U.S. mail to counsel of record as follows:

> Joseph A. Hurley, Esq.
> 1215 King Street
> Wilmington, DE 19801

>     _s/Lesley F. Wolf_____
> Lesley F. Wolf
> Assistant United States Attorney