# JOE HURLEY
ATTORNEY AT LAW
1215 KING STREET
WILMINGTON, DELAWARE 19801

(302) 658-8980
MEMBER DEL AND FLA. BARS

March 6, 2008



The Honorable Joseph J. Farnan, Jr.
U.S. District Court
844 King Street
Wilmington, DE 19801

    Re: U.S. v. Runk
        Cr.A. No. 07-121- JJF

Dear Judge Farnan:

    On March 6th, I received the Scheduling Order indicating the above-cited defendant must appear on March 14th.

    On March 13th, I begin a vacation that will represent the first vacation I have had since March of last year. I don't want to unnecessarily tug at your heart strings, but the debacle known as State v. Malinovskaya was a First Degree Murder trial that seemed to last forever, and I have had to cancel two planned vacations because of the aftermath. Irina Malinovskaya is my "Katrina" in terms of the devastation visited upon me.

    For reasons which are obvious, I really don't want to miss a third vacation opportunity, and my vacation begins on March 13th and ends on April 6th - God willing!

                                     Respectfully,

                                     Joe Hurley

JAH:jr
Pc: Lesley Wolf, Esquire