# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07-121-JJF |
| | ) |
| DOUGLAS RUNK, | ) |
| | ) |
| Defendant. | ) |

## FELONY INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT ONE

On or about August 3, 2007, in the State and District of Delaware, DOUGLAS RUNK, defendant herein, did knowingly manufacture fifty (50) or more marihuana plants, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

### COUNT TWO

On or about August 3, 2007, in the State and District of Delaware, DOUGLAS RUNK, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, two firearms, to wit, a Mossberg Model 852 20 gauge shotgun, and a Springfield Savage Model 67E 12 gauge shotgun, serial number C485586, after having been convicted in or around May 1992, in the Circuit Court of Searcy County, Arkansas, of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### NOTICE OF FORFEITURE

Upon conviction of the controlled substance offense alleged in Count I of this Information, defendant DOUGLAS RUNK, shall forfeit to the United States pursuant to 21

U.S.C. § 853, any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation[s], including but not limited to the following:

    A.    Real Property: All that lot or parcel of land, together with its buildings, appurtenances improvements, fixtures, attachments, and easements, located at 27019 Kaye Road, Laurel, Delaware 19956.

    B.    All firearms and ammunition involved in the offense, including the Mossberg Model 852 20 gauge shotgun, and a Springfield Savage Model 67E 12 gauge shotgun, serial number C485586.

If the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

                                  COLM F. CONNOLLY
                                  United States Attorney

BY:                              _____
                                  Lesley Frieder Wolf
                                  Assistant United States Attorney

Dated:   April 2, 2008