IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Cr.A. No. 07-121-JJF |
| | ) |
| DOUGLAS RUNK, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES the undersigned attorney of record, Joe Hurley, who moves to withdraw as counsel in this matter based on the fact that the Honorable Gregory M. Sleet has issued a verbal injunction prohibiting counsel from practicing in the District Court for the District of Delaware; viz., "Don't ever darken this courtroom again". Counsel completely agrees with this injunction and/or prohibition.

WHEREFORE counsel requests leave of the Court to withdraw in this matter.

                                                                       Joe Hurley  
                                                                       1215 King Street  
                                                                       Wilmington, DE 19801  
                                                                       (302)658-8980

Dated: April 9, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| V. | ) Cr.A. No. 07-121-JJF |
| | ) |
| DOUGLAS RUNK, | ) |
| | ) |
| Defendant. | ) |

<u>O R D E R</u>

The Motion to Withdraw as Counsel having been heard and considered,

ORDERED this _____ day of _____, 2008, A.D., that Joe Hurley is permitted leave of the Court to withdraw as counsel in the above-cited matter.

_____
J.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| V. | ) Cr.A. No. 07-121-JJF |
| | ) |
| DOUGLAS RUNK, | ) |
| | ) |
| Defendant. | ) |

CERTIFICATE OF SERVICE OF MOTION TO WITHDRAW AS COUNSEL AND ORDER

I hereby certify that two copies of the attached Motion to Withdraw as Counsel and Order were e-mailed to the following person on April 10, 2008:

> Lesley F. Wolf, Esquire
> U.S. Attorney's Office
> Suite 700
> 1007 Orange Street
> Wilmington, DE 19801

_____
Joe Hurley
1215 King Street
Wilmington, DE 19801

Dated: April 9, 2008