# JOE HURLEY
ATTORNEY AT LAW

1215 KING STREET

WILMINGTON, DELAWARE 19801

(302) 658-8980
MEMBER DEL. AND FLA. BARS

April 10, 2008

Ms. Debbie Krett
Secretary to Judge Joseph J. Farnan, Jr.
U.S. District Court
844 King Street
Wilmington, DE 19801

    Re:  U.S. v. Runk
         Case Number:  1:07-cr-121-JJF

Dear Ms. Krett:

    Mr. Runk had employment with a company for 10 years and lost that employment solely because of his current arrest. After being unemployed for several months, he was fortunate enough to obtain employment at a company and has been employed there the past three months. He is required, however, to attend some type of training exercise in the state of Georgia beginning on April 14th and concluding on April 21st. As I understand it, that training is essential if he is to remain employed.

    I am asking, therefore, that any date after that date that is convenient to the Court and counsel would be perfectly acceptable to us.

                                      Sincerely,

                                      Joe Hurley

JAH:jr
Pc: Lesley F. Wolf, Esquire