IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Cr.A. No. 07-121-JJF |
| | ) | |
| DOUGLAS RUNK, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF WITHDRAWAL OF MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that the undersigned attorney withdraws

the Motion crafted as "Motion to Withdraw as Counsel" and filed

before this Honorable Court on April 10, 2008.

Joe Hurley
1215 King Street
Wilmington, DE 19801
(302)658-8980j

Dated:  April 25, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,           )
                                    )
            v.                      )     Cr.A. No. 07-121-JJF
                                    )
DOUGLAS RUNK,                       )
                                    )
            Defendant.              )

O R D E R

The Notice of Withdrawal of Motion to Withdraw as Counsel having been heard and considered,

ORDERED this _____ day of _____, 2008, A.D., that Joe Hurley is permitted to withdraw the Motion to Withdraw as Counsel.

_____
                J.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,     )
                              )
         V.             )    Cr.A. No. 07-121-JJF
                              )
DOUGLAS RUNK,               )
                              )
             Defendant.    )

CERTIFICATE OF SERVICE OF
NOTICE OF WITHDRAWAL OF MOTION
TO WITHDRAW AS COUNSEL

    I hereby certify that two copies of the attached Notice of

Withdrawal of Motion to Withdraw as Counsel and Order were e-

filed to the following person on April 25, 2008:

        Lesley F. Wolf, Esquire
        U.S. Attorney's Office
        Suite 700
        1007 Orange Street
        Wilmington, DE 19801

                        Joe Hurley
                        1215 King Street
                        Wilmington, DE 19801
                        (302)658-8980j

Dated:  April 25, 2008