IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )  Cr.A. No. 07-121-JJF |
| | ) |
| DOUGLAS RUNK, | ) |
| | ) |
| Defendant. | ) |

O R D E R

The Notice of Withdrawal of Motion to Withdraw as Counsel having been heard and considered,

ORDERED this __28__ day of __April__, 2008, A.D., that Joe Hurley is permitted to withdraw the Motion to Withdraw as Counsel.

*[signature]*
J.