IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-121-JJF |
| DOUGLAS RUNK, | : |
| Defendant. | : |

### O R D E R

WHEREAS, Defendant intends to change his plea in the above-captioned action;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A Rule 11 hearing will be held on **Tuesday, May 20, 2008 at 11:00 a.m.** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. The time between April 10, 2008 and May 20, 2008 shall be excluded under the Speedy Trial Act in the interests of justice (18 U.S.C. § 3161 et seq.).

May 9, 2008
DATE

UNITED STATES DISTRICT JUDGE


FILED
MAY 9 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE