IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| V. | ) | Docket No. 07CR00121-001 |
| | ) | (GMS) |
| DOUGLAS L. RUNK, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S SENTENCING MEMORANDUM

1.  The defendant suffered the loss of his employment of 10 years as a direct result of this arrest.  Because his income is less with his current employment, he will continue to suffer a financial deficit throughout the remainder of his work life.

2.  The defendant "lost his home" as a direct result of this arrest.  Arguably, the statement is "figurative" because he remains in his dwelling although, practically speaking, he had to purchase his own home for $45,000 and will continue to sustain interest costs throughout the remainder of his life, again, as a direct result of this arrest.

3.  The defendant has been punished "in spades" for the offense of cultivation of MARIJUANA!

                                                      /s/ Joe Hurley
                                                      _____
                                                      Joe Hurley
                                                      1215 King Street
                                                      Wilmington, DE 19801

Dated: August 4, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Docket No. 07CR00121-001 |
| | ) | (GMS) |
| DOUGLAS L. RUNK, | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE OF
DEFENDANT'S SENTENCING MEMORANDUM

I hereby certify that service has been electronically made to the following person on August 5, 2008:

Lesley F. Wolf, Esquire
U.S. Attorney's Offie
Suite 700
1007 Orange Street
Wilmington, DE 19801

_____
Joe Hurley
1215 King Street
Wilmington, DE 19801

Dated: August 1, 2008