**JOE HURLEY**
ATTORNEY AT LAW
1215 KING STREET
WILMINGTON, DELAWARE 19801
―――
(302) 658-8980
MEMBER DEL. AND FLA. BARS

September 2, 2008

The Honorable Joseph J. Farnan, Jr.
U.S. District Court
844 King Street
Wilmington, DE 19801

    Re: U.S. v. Douglas Runk
        Cr.A. No. 07-121-JJF

Dear Judge Farnan:

    Please be advised that I find myself, on Saturday afternoon, like the proverbial "cat on a hot tin roof".

    Let me explain.

    There is a rape case scheduled to begin in the Superior Court which is one of the oldest cases on the books. The events occurred allegedly in 2006. That case has been rescheduled twice. The last time it was rescheduled because the prosecutor had, shall I say, some personal issues and the matter has been specially scheduled, with a judge assigned, and on a mandatory basis for Wednesday, September 3rd. I recognized that the Runk scheduling posed somewhat of a conflict, but I expected to ask Judge Slights to allow me to be excused for one hour so that I could resolve the Runk scheduling which I anticipate will not take longer than one-half hour.

    In any event, last week Judge Sleet rescheduled, <u>sua sponte</u>, a sentencing (Roussos, you may remember the case) which was scheduled for last week, and he rescheduled it until Thursday, September 4th.

    I had a scheduling conference with Judge Slights on Friday, and I was aware of the Roussos rescheduling because it was fresh in my mind and neglected to remember that the Runk matter had been scheduled long ago. I asked Judge Slights to excuse me on Thursday for one hour so that I could attend the Roussos

The Honorable Joseph J. Farnan, Jr.
Page 2

sentencing. Reluctantly, he consented, but with the admonition that he wanted to "get started first thing on Wednesday".

On Saturday afternoon, in preparing my cases for next week, I became aware of the fact that not only did I have a conflict on Thursday, but a conflict on Wednesday.

Ironically, just today, I saw about a five-minute portion of an old Star Track episode and the story line was that Captain Kirk, a trimmed down William Shatner, had been duplicated when he got into that "beam me down" device. It was not a complete duplication, but all of his base instincts went into one version, and his good instincts into another. Well, it is obvious I cannot compete with Captain Kirk, and I cannot be at two places at one time. I would like to avoid having to choose a State penitentiary over a Federal penitentiary, or vice-versa, and I am compelled to request a brief rescheduling of the Runk matter.

If the Court is inclined to grant this request, and there is time available toward the tail end of next week or anytime the following week, or anytime after October 7th, I would, of course, make sure this was prioritized.

Lesley Wolf has no objection to this request.

Respectfully,

Joe Hurley

JAH:jr

Pc: Lesley Wolf, Esquire