

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*Nemours Building*  *(302) 573-6277*
*1007 Orange Street, Suite 700*  *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

September 2, 2008

**VIA CM/ECF**
The Honorable Joseph J. Farnan, Jr.
United States District Judge
District of Delaware
844 King Street
Wilmington, DE 19801

      Re:   **United States v. Douglas Runk**
            **Crim. Action No. 07-121-JJF**

Dear Judge Farnan:

    Although earlier today Mr. Hurley submitted a letter to the Court requesting a continuance of the sentencing date in the above-matter, he just informed the government that he has resolved his scheduling conflict. The government agreed to notify the Court that Mr. Hurley respectfully withdraws his request for a brief continuance.

                    Respectfully submitted,

                    COLM F. CONNOLLY
                    United States Attorney

        BY:     s/Lesley F. Wolf
                    Lesley F. Wolf
                    Assistant United States Attorney

cc:    Joseph Hurley, Esquire