

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

| | |
|---|---|
| Nemours Building | *(302) 573-6277* |
| 1007 Orange Street, Suite 700 | *FAX (302) 573-6220* |
| P.O. Box 2046 | |
| Wilmington, Delaware 19899-2046 | |

September 2, 2008

**VIA CM/ECF**
The Honorable Joseph J. Farnan, Jr.
United States District Judge
District of Delaware
844 King Street
Wilmington, DE 19801

      Re:    **United States v. Douglas Runk**
               **Crim. Action No. 07-121-JJF**

Dear Judge Farnan:

      On August 28, 2008, the United States moved for a Preliminary Order of Forfeiture as to certain United States currency of the defendant. The government respectfully requests that the Court grant the Preliminary Order of Forfeiture at or before Wednesday's sentencing in this case.

      Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure requires that the forfeiture "be made a part of the sentence and included in the judgment." Accordingly, the government respectfully requests that the following language be included in the Court's sentencing colloquy and on page six of the criminal judgment:

      "Pursuant to 21 U.S.C. § 853(a), the defendant shall forfeit to the United States the currency identified in the Preliminary Order of Forfeiture, which Order is incorporated by reference into the Criminal Judgment in this case."

                                                       Respectfully submitted,

                                                        COLM F. CONNOLLY
                                                        United States Attorney

                                BY:      s/Lesley F. Wolf
                                                     Lesley F. Wolf
                                                     Assistant United States Attorney

cc:      Joseph Hurley, Esquire