# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07 –121-JJF |
| | : | |
| DOUGLAS RUNK | : | |
| | : | |
| Defendant. | : | |

## MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss the Indictment in this matter dated September 4, 2007.

    Respectfully submitted,

    COLM F. CONNOLLY
    United States Attorney


    By: __s/Lesley F. Wolf__
    Lesley F. Wolf
    Assistant United States Attorney
    1007 Orange Street, Suite 700
    P.O. Box 2046
    Wilmington, Delaware 19899-2046

DATED:    September 4, 2008


IT IS SO ORDERED this ___ day of _____ 2008.

    _____
    HONORABLE JOSEPH J. FARNAN, JR.
    UNITED STATES DISTRICT JUDGE