IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07 –121-JJF |
| DOUGLAS RUNK | : |
| Defendant. | : |

## MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss the Indictment in this matter dated September 4, 2007.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: __s/Lesley F. Wolf_____
Lesley F. Wolf
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

DATED:    September 4, 2008

IT IS SO ORDERED this 4 day of September 2008.

HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE